UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER YATOOMA and CARRIE YATOOMA,

          Plaintiffs,

v.

BANK OF AMERICA CORPORATION,

          Defendant.
                                     /

Case No. 09-13521

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
R. STEVEN WHALEN

## ORDER
## GRANTING DEFENDANT'S MOTION TO DISMISS [6]

Before the Court is Defendant's Motion to Dismiss [6]. No response was filed. On November 23, 2009, the Court heard argument on the Motion.

For the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [6] is **GRANTED** with prejudice.

The case is hereby **DISMISSED**.

**SO ORDERED.**


                    S/ARTHUR J. TARNOW
                    ARTHUR J. TARNOW
                    UNITED STATES DISTRICT JUDGE

DATED: NOVEMBER 24, 2009

 09-13521

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING DOCUMENT WAS SERVED UPON COUNSEL OF RECORD ON NOVEMBER 24, 2009, BY ELECTRONIC AND/OR ORDINARY MAIL.

 S/THERESA E. TAYLOR
 CASE MANAGER